UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ANDREW DAVIES,

    Plaintiff,

Case No. 15-cv-13799
Hon. Matthew F. Leitman

v.

MATT GOEBEL, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO CONSOLIDATE CASES FOR TRIAL (ECF #43)

On July 24, 2017, Defendants Michael Emmi, Matt Goebel, Paul Kinal, and Brian Zelakiewicz filed a motion to consolidate for trial this action and *Nankervis v. Goebel et al.*, Civil Action Number 17-11175. (*See* ECF #43.) For the reasons stated on the record during the November 1, 2017, hearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and that this action and the *Nankervis* action are consolidated for trial.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  December 21, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2017, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764